# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

OCCIDENTAL CHEMICAL
CORPORATION

NO.   2021 CW 0097

VERSUS

ARCH SPECIALTY INSURANCE
COMPANY, ET AL

**APRIL 26, 2021**

---

In Re:    Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34559.

---

**BEFORE:    GUIDRY, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
JEW
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT